### BURT v. THE STATE.

(Decided February 8, 1917. 74 South. 1005.)

CERTIORARI to Court of Appeals.

W. H. LONG, JR., for appellant. W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.

GARDNER, J.—Petition of Son Burt for certiorari to the Court of Appeals to review and revise the judgment of said court affirming the appeal of *Son Burt v. State,* 14 Ala. App. 125, 72 South. 296. Writ denied.